OPINION — AG — ** PUBLIC OFFICIAL — CRIMINAL CHARGES — REHIRED BY THE SAME COUNTY ** IN ORDER FOR AN ELECTED COUNTY OFFICIAL TO BE PERMANENTLY DISQUALIFIED FROM PUBLIC EMPLOYMENT PURSUANT TO 21 O.S. 382 [21-382] HE WOULD HAVE TO BE PROSECUTED CRIMINALLY AND CONVICTED UNDER THIS SPECIFIC STATUTE IN OKLAHOMA STATE COURT. A FEDERAL CONVICTION WOULD 'NOT' TRIGGER THE DISQUALIFICATION PROVISIONS IN 21 O.S. 382 [21-382]. (2) 26 O.S. 5-105A [26-5-105A] DISQUALIFIES CERTAIN CONVICTED CRIMINALS FROM BEING CANDIDATES FOR, OR BEING ELECTED TO, PUBLIC OFFICE AFTER SUFFERING STATE OR FEDERAL CONVICTIONS, BUT DOES 'NOT' PREVENT THE SAME INDIVIDUAL FROM HOLDING PUBLIC EMPLOYMENT. (VACATES, CORRUPTION, STATE EMPLOYEES, EMPLOYED) CITE: 10 O.S. 116 [10-116](A), 11 O.S. 17-211 [11-17-211], 21 O.S. 261 [21-261], 21 O.S. 266 [21-266], 21 O.S. 275 [21-275], 21 O.S. 312 [21-312], 21 O.S. 321 [21-321], 21 O.S. 322 [21-322], 21 O.S. 341 [21-341], 21 O.S. 382 [21-382], 21 O.S. 461 [21-461], 22 O.S. 1181 [22-1181] — 22 O.S. 1197 [22-1197] [22-1197], 26 O.S. 5-105A [26-5-105A], 51 O.S. 91 [51-91] — 51 O.S. 96 [51-96], 74 O.S. 85.13 [74-85.13], 74 O.S. 841.23 [74-841.23], 74 O.S. 4221 [74-4221] (THOMAS L. SPENCER) (ELECTION) ** SEE OPINION NO. 91-619 (1991)